# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN LOUGHLIN, ANTONIO | ) Case No.: 1:15-cv-03245-LMM |
| GONZALEZ, KENNETH ADAMS, | ) |
| AMERISAVE MORTGAGE | ) |
| CORPORATION, NOVO APPRAISAL | ) |
| MANAGEMENT CORPORATION, | ) |
| and PATRICK MARKERT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF COLONY INSURANCE COMPANY AND DEFENDANTS AMERISAVE MORTGAGE CORP AND PATRICK MARKERT'S JOINT MOTION TO DROP PARTIES AND STIPULATION TO BE BOUND BY FINAL JUDGMENT

Plaintiff Colony Insurance Company ("Colony") and Defendants Amerisave Mortgage Corp ("Amerisave") and Patrick Markert jointly stipulate and agree as follows:

1.      Colony filed this action to determine its rights and obligations under an insurance policy it issued (the "Policy") to Novo Appraisal Management

Corporation ("Novo"), with respect to a suit brought against Novo, Amerisave, and Markert (the "Underlying Suit").

2.     Colony has agreed to file a motion to drop Amerisave and Markert as parties from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 21, but only if Amerisave and Markert agree to be bound by any final judgment ultimately entered in this action, including through appeal.

3.     In consideration of Colony's agreement to file the motion, Amerisave and Markert hereby consent to be bound by the terms of any final judgment issued in this action, including through any appeal, concerning the coverage available under the Policy.  Amerisave and Markert hereby waive their rights to litigate the issue of coverage available under the Policy, including any arguments bearing on that issue that are or may not be made in this action.

4.     Nothing in this stipulation is intended to alter or limit any rights as between Colony and the remaining parties to this action.

5.     A proposed order granting the relief requested above is attached as Exhibit "A."

Respectfully submitted, this 1st day of December, 2015.

**TAYLOR ENGLISH DUMA LLP**

By: s/ Raanon Gal
Raanon Gal (Ga. Bar 100281)
rgal@taylorenglish.com

1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Tel: (770) 434-6868
Fax: (770) 434-7376

**ATTORNEYS FOR DEFENDANTS
AMERISAVE MORTGAGE CORP
AND PATRICK MARKERT**

**CLYDE & CO US LLP**

By: s/ Scott F. Bertschi
Scott F. Bertschi (Ga. Bar 055716)
scott.bertschi@clydeco.us
Brandon R. Gossett (Ga. Bar 120424)
brandon.gossett@clydeco.us

271 17th Street, Suite 1720
Atlanta, Georgia 30363
Tel:  (404) 410-3150
Fax:  (404) 410-3151

Larry I. Gramovot (*Admitted Pro Hac Vice*)
GRAMOVOT & TAKACS
1400 Village Square Blvd.
Tallahassee, FL 32312
larry@lig-law.com
Tel: (850) 325-1914

**ATTORNEYS FOR PLAINTIFF
COLONY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2015, I electronically filed **PLAINTIFF COLONY INSURANCE COMPANY AND DEFENDANTS AMERISAVE MORTGAGE CORP AND PATRICK MARKERT'S JOINT MOTION TO DROP PARTIES AND STIPULATION TO BE BOUND BY FINAL JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

E. Adam Webb, Esq.
G. Franklin Lemond Jr., Esq
Webb, Klase & Lemond, LLC
1900 The Exchange, SE Suite 480
Atlanta, GA 30339
Adam@WebbLLC.com
FLemond@WebbLLC.com

C. Knox Withers, Esq.
Robert L. Rothman, Esq.
Arnall Golden Gregory LLP
171 17th Street N.W.
Suite 2100
Atlanta, GA 30363
knox.withers@agg.com
robert.rothman@agg.com

R. Bruce Allensworth
Brian M. Forbes
Matthew N. Lowe
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
bruce.allensworth@klgates.com
brian.m.forbes@klgates.com
matthew.lowe@klgates.com

_s/ Brandon R. Gossett_
Brandon R. Gossett

4