IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN LOUGHLIN, ANTONIO | ) Case No.: 1:15-cv-03245-LMM |
| GONZALEZ, KENNETH ADAMS, | ) |
| AMERISAVE MORTGAGE | ) |
| CORPORATION, NOVO APPRAISAL | ) |
| MANAGEMENT CORPORATION, | ) |
| and PATRICK MARKERT, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having considered Plaintiff Colony Insurance Company ("Colony") and Defendants Amerisave Mortgage Corp ("Amerisave") and Patrick Markert's Joint Motion to Drop Parties and Stipulation to Be Bound by Judgment (Doc. 23), the Court hereby orders as follows:

1. Plaintiff Colony Insurance Company ("Colony") and Defendants Amerisave Mortgage Corp ("Amerisave") and Patrick Markert's Joint Motion to Drop Parties and Stipulation to Be Bound by Judgment is **GRANTED**.

2. Amerisave and Markert will be bound by the terms of any final judgment issued in this action, including through any appeal, concerning the coverage available under the insurance policy at issue in this litigation.

3. Amerisave and Markert have waived their rights to litigate the issue of coverage available under the Policy, including any arguments bearing on that issue that are or may be made in this action.

4. The Clerk is directed to terminate all pending deadlines as to Amerisave and Markert and remove these defendants from receiving future electronic filings in this case.

**DONE** and **ORDERED**, this 2nd day of December, 2015.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE